# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH COPPOLA,<br><br>    Plaintiff<br><br>v.<br><br>THE UNITED STATES ATTORNEY GENERAL, et al.,<br><br>    Defendants | Case No.: 2:19-cv-01942-APG-EJY<br><br>**Order Accepting Report and Recommendation and Dismissing This Case**<br><br>[ECF Nos. 5, 6] |

On January 13, 2020, Magistrate Judge Youchah recommended that I dismiss plaintiff Joseph Coppola's Petition with prejudice. ECF No. 5. Coppola filed an objection. ECF No. 6.

I have conducted a de novo review of the issues set forth in Judge Youchah's Report and Recommendation under Local Rule IB 3-2. The Report and Recommendation sets forth the proper legal analysis and the factual basis for the decision, and I accept and adopt it as my own.

I THEREFORE ORDER that Coppola's objection **(ECF No. 6) is overruled**, the Report and Recommendation **(ECF No. 5) is accepted**, and this case is **DISMISSED** with prejudice. The clerk of the court shall enter Judgment accordingly.

DATED this 18th day of March, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE